**Dwaine RASNAKE, Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, United States Department of Labor; Yogi Mining Company, Respondents.**

No. 01–2284.

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 21, 2002.

Dwaine Rasnake, Petitioner Pro Se. Patricia May Nece, Barry H. Joyner, United States Department of Labor, Washington, D.C.; Michael Francis Blair, Penn, Stuart & Eskridge, Abingdon, Virginia, for Respondents.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dwaine Rasnake seeks review of the Benefits Review Board's decision and orders affirming the administrative law judge's dismissal of his claim for black lung benefits filed pursuant to 30 U.S.C.A. §§ 901–945 (West 1986 & Supp.2001), and denying reconsideration. Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Rasnake v. Director, Office of Workers' Compensation Prog.,* No. 00–735–BLA (BRB Apr. 19, 2001; Sep. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*